UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JUDY MAY GRAMMER,           )<br>　　　　Plaintiff,                       )<br>                                                )<br>　vs.                                          )<br>                                                )<br>AETNA US HEALTHCARE,   )<br>JOHN K. HUDSON, and        )<br>ANGELA JIBOWU,               )<br>　　　　Defendants.                   ) | | 1:06-cv-1856-LJM-WTL |

### ORDER

This cause is before the Court on Plaintiff's, Judy May Grammer ("Grammer"), response to the Court's November 28, 2007, Order to show cause why her claim against Defendants, Aetna US Healthcare, John K. Hudson, and Angela Jibowu (the defendants collectively, "Defendants"), regarding the termination of her life insurance should not be dismissed with prejudice. The Court, having reviewed Grammer's response and Defendants' response in opposition thereto, concludes that Grammer has failed to demonstrate why her claim regarding the termination of her life insurance should not be dismissed. Instead, those responses demonstrate that the life insurance was terminated by operation of the life insurance plan provided by Grammer's former employer, The Boeing Company. Because Grammer has failed to present a colorable claim under ERISA against Defendants, her claim regarding the termination of life insurance is **DISMISSED with prejudice.**

IT IS SO ORDERED this 15th day of February, 2008.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

| **Distributed via U.S. Postal Service to:** | **Distributed electronically to:** |
|---|---|
| Judy May Grammer<br>2719 Spring Street<br>New Castle, IN 47362 | Philip John Gutwein II<br>BAKER & DANIELS<br>philip.gutwein@bakerd.com<br><br>Edward E. Hollis<br>BAKER & DANIELS<br>eehollis@bakerd.com |